1  Austin W. Anderson
   WATTS LAW FIRM, LLP
2  2506 N. Port Avenue
   Corpus Christi, TX 78401
3  1.800.301.2823
   *Attorneys for Plaintiffs,*
4

5

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8                 SAN FRANCISCO DIVISION

9  **IN RE: BEXTRA AND CELEBREX**                )
   **MARKETING SALES PRACTICES, AND**            )  MDL NO. 1699
10 **PRODUCT LIABILITY LITIGATION**              )
                                                 )  District Judge: Charles R. Breyer
11 This Document Relates To:                     )
   *Delia Vera Pena v. Pfizer Inc., et al.*      )
12 *(C-06-0097)*                                 )  **STIPULATION AND ORDER OF**
                                                 )  **DISMISSAL WITH PREJUDICE**
13 *Dale Richards v. Pfizer Inc., et al.*        )
   *(C 06 0359)*                                 )
14                                               )
   *Kathryn E. Adair v. Pfizer Inc., et al.*     )
15 *(3:06-cv-00360-CRB)*                         )
                                                 )
16 *Joan H. Grimsley v. Pfizer Inc., et al.*     )
   *(06-3164 CRB)*                               )
17                                               )
   *George Carey and Paula Y. Carey v. Pfizer*   )
18 *Inc., et al.*                                )
   *(06-3165 CRB)*                               )
19                                               )
   *Beverly Parr v. Pfizer Inc., et al.*         )
20 *(06-3364 CRB)*                               )
                                                 )
21 *Shelia Lynn Campbell Yuras, Individually and*)
   *as Representative of the Estate of Robert Kay*)
22 *Carpenter, Deceased v. Pfizer Inc., et al.*  )
   *(06-3366 CRB)*                               )
23                                               )
   *Esther Luther, Individually and as*          )
24 *Representative of the Estate of Harold Luther,*)
   *Deceased v. Pfizer Inc., et al.*             )
25 *(C-06-6005)*                                 )
                                                 )
26 *Ava Purkey v. Pfizer Inc., et al.*           )
   *(C-06-6182)*                                 )
27                                               )
   *Mary Amos v. Pfizer Inc., et al.*            )
28 *(C-06-6259)*                                 )
                        -1-

| | |
|---|---|
| 1 | |
| 2 | *Demetra Moore, Individually and as Representative of the Estate of Robert Moore, Deceased v. Pfizer Inc., et al.* |
| 3 | (C-06-6568 CRB) |
| 4 | *Frank Alvarez, Individually and as Representative of the Estate of Mary* |
| 5 | *Jo Herbel, deceased v. Merck & Co., Inc., and Pfizer Inc., et al.* |
| 6 | (06-6930) |
| 7 | *Clarence McCoy v. Pfizer Inc., et al.* (C-06-7404) |
| 8 | |
| 9 | *Lottie Grixgby v. Pfizer Inc., et al.* (C-07-1039-CRB) |
| 10 | *Gerald Johns v. Pfizer Inc., et al.* (C-07-1875 CRB) |
| 11 | |
| 12 | *Mike Taylor, Individually and for the Estate of Mary Kathleen Taylor, Deceased v. Pfizer Inc. et al.* |
| 13 | (C-07-2576 CRB) |
| 14 | *Phyllis Brewer v. Pfizer Inc., et al.* (C-07-5059 CRB) |
| 15 | |

(right column contains a series of ")" characters)

COME NOW Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate to the dismissal of these actions **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: January 13, 2010

Austin W. Anderson
WATTS LAW FIRM, LLP
2506 N. Port Avenue
Corpus Christi, TX 78401
1.800.301.2823
*Attorneys for Plaintiffs,*

-2-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1    DATED: February 4, 2010

2

3                                              Michelle W. Sadowsky
                                               DLA PIPER LLP (US)
4                                              1251 Avenue of the Americas
                                               New York, NY  10020-1104
5                                              212.335.4500
                                               *Attorneys for Defendants*

6

7    **APPROVED AND SO ORDERED.**

8    DATED: **FEB 1 7 2010**

9                                              **CHARLES R. BREYER**
                                               **UNITED STATES DISTRICT JUDGE**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    -3-
           **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**